**INTERIM HOLDINGS,
L.L.C., Appellant,**

v.

**Floyd C. WARMANN and Argosy
Gaming Company,
Respondents.**

**Nos. ED 79116, ED 79731.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 6, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 19, 2002.

Application for Transfer Denied
Oct. 22, 2002.

Timothy M. Bosslet, Kramer & Frank,
P.C., St. Louis, MO, for Appellant.

Thomas A. Connelly, St. Louis, MO, for
Respondent Floyd C. Warmann.

Laurence F. Alter, Alter & Alverez, St.
Louis, MO, for Respondent Argosy Gam-
ing Company.

Before GEORGE W. DRAPER III,
P.J., MARY R. RUSSELL, J. and MARY
K. HOFF, J.

### *ORDER*

PER CURIAM.

Interim Holdings, L.L.C. (hereinafter,
"Interim") appeals the trial court's judg-
ment dismissing its creditor's bill in equity
filed against Argosy Gaming Company and
Floyd C. Warmann (hereinafter, "War-
mann"). Interim also appeals from a de-
claratory judgment holding that Interim

lacks standing to enforce a judgment en-
tered against Warmann.

We have reviewed the briefs of the par-
ties, the legal file, and the transcript and
find the motion court's decision was sup-
ported by substantial evidence on the rec-
ord, was not against the weight of the
evidence, and did not erroneously declare
or apply the law. *McDermott v. Carna-
han,* 934 S.W.2d 285, 287 (Mo. banc 1996).
An opinion reciting the detailed facts and
restating the principles of law would have
no precedential value. We have, however,
provided a memorandum opinion only for
the use of the parties setting forth the
reasons for our decision.

The judgment is affirmed pursuant to
Rule 84.16(b).